(No. 1566— ▉▉▉▉▉▉▉▉▉▉▉▉▉

GEORGE KRAMER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

C. W. MIDDLEKAUFF AND FRED S. SMITH, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON and CARL I. DIETZ, Assistant Attorneys General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

The claimant files this claim for damages to dwelling house on account of the construction of routes No. 40 and No. 78 of the hard road system, in front of his residence. Counsel for claimant and the Attorney General for the State have agreed that the claimant is damaged in the sum of $600.00.

Therefore, an award for the sum of $600.00 is awarded claimant.